IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FARAH PROPERTIES, INC.,
A FLORIDA CORPORATION,

      Appellant,

  v.

Case No.    5D21-2321
LT Case No. 2019- CA-006548-O

RAMON MARTINEZ, MARIA J.
LOZANO AND CENTRAL FLORIDA
PSYCHIATRIC ASSOCIATION, P.A.,

      Appellees.

_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Orange County,
John E. Jordan, Judge.

Christopher V. Carlyle, of The Carlyle
Appellate Law Firm, Orlando, for Appellant.

Eric P. Larue, of The LaRue Firm, PLLC,
Winter Park, for Appellees.

PER CURIAM.

    AFFIRMED.

COHEN, NARDELLA and WOZNIAK, JJ., concur.